UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| WESLEY A W., II,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,<br><br>Defendant. | ) | No. 1:25-cv-01784-JPH-TAB |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Magistrate Judge Tim A. Baker has entered a Report and Recommendation recommending that the Court affirm the ALJ's opinion. Dkt. 20. The parties have had the opportunity to object but have not done so. *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1). The Court has considered and now **ADOPTS** the Report and Recommendation. Dkt. [20]. The ALJ's opinion is **AFFIRMED**. Final judgment will issue by separate entry.

**SO ORDERED**.

Date: 9/4/2026

James Patrick Hanlon
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All electronically registered counsel